**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-50161

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

JOAQUIN CORONADO,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas

(SA-96-CV-209)

May 7, 1998

Before POLITZ, Chief Judge, REAVLEY and JONES, Circuit Judges.

PER CURIAM:[*]

Joaquin Coronado appeals the denial of his petition under 28 U.S.C. § 2255 for

relief from his conviction for an 18 U.S.C. § 924(c) firearm violation as a consequence of

the Supreme Court decision in **Bailey v. United States**, 516 U.S. 137 (1995). Our review

of the briefs and record reflects no reversible error and the judgment appealed is

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

AFFIRMED.